IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUE YUAN RUAN, | No. C 13-01789 RS |
|       Plaintiff,<br>v. | **CASE MANAGEMENT<br>SCHEDULING ORDER** |
| THE RITZ CARLTON HOTEL COMPANY,<br>LLC, and DOES 1 to 10, inclusive, | |
|       Defendants.<br>_____/ | |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 18, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    ALTERNATIVE DISPUTE RESOLUTION.

      PANEL MEDIATION. The parties are hereby REFERRED to the ADR Department for the purpose of participating in panel mediation to take place, ideally, within the next ninety (90) days.

      2.    INITIAL DISCLOSURES. Initial disclosures shall be exchanged on or before August 15, 2013.

3. DISCOVERY. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) fifty (50) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) twenty-five (25) requests for admission per party.

4. DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

5. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **November 7, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

DATED: 7/18/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2