**United States District Court**
For the Northern District of California

1

2

3          IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5          SAN FRANCISCO DIVISION

6

7   YUE YUAN RUAN,

8                    Plaintiffs,

9          v.

10  RITZ-CARLTON HOTEL COMPANY,

11                   Defendants.

12  _____/

No. C 13-01789 RS

**STANDBY ORDER OF DISMISSAL**

13

14          The Court has been informed that the above-entitled action has settled.  Accordingly, the

15  Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

16  **December 9, 2013.**   If a stipulation of dismissal is not filed by that date, the parties are ordered to

17  appear on **December 12, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

18  **Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this

19  Order may result in dismissal of the case.

20

21          IT IS SO ORDERED.

22

23          Dated:  10/17/13

24                                                    _____
                                                      RICHARD SEEBORG
25                                                    UNITED STATES DISTRICT JUDGE

26

27

28